JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 334 -- IN RE AMTEL, INC. SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 1/10/78 | 1 | MOTION, BRIEF -- Defendants Amtel, AMCA, Dominion Bridge and Officers and Directors of AMCA and Dominion Bridge; ~~Narragansett; Officers and Directors of Amtel; Little and Little & Casler -- w/cert. of service and Exhibits A-F~~ (complaints) |
| | | SUGGESTED TRANSFEREE COURT: S.D. New York |
| | | SUGGESTED TRANSFEREE JUDGE: |
| 1/23/78 | | APPEARANCES -- BERNARD W. NUSSBAUM, ESQ. for Amtel, Inc., AMCA International Corp. and Officers and Directors of AMCA and AMTEL |
| | | XXXXXXXXXXXX |
| | | WOLF, HALDENSTEIN ADLER FREEMAN & HERZ for Seymour G. Beidner |
| | | LEONARD I. SCHREIBER, ESQ. for David H. Magid |
| | | GARY J. GREENBERG, ESQ. for Richard Deneau" |
| | | ALLAN K. PECKEL for Robert A. Berman |
| | | RICHARD B. DENNENBERG, ESQ. for Joseph Marrell |
| | | CLETUS P. LYMAN, ESQ. for EURIMPEX, ANSTALT |
| | | XXXX ROBERT B. BLOCK for Royal Little and Little & Casler |
| 1/24/78 | | REQUEST FOR EXTENSION OF TIME -- Plaintiff Cletus P. Lyman Granted to and including 1/30/78 (emh) |
| 1/25/78 | 2 | RESPONSE -- Magid, et al., with cert. of service (emh) |
| 1/25/78 | 3 | RESPONSE -- Plaintiff Beinder , with cert. of service (emh) |
| 1/25/78 | 4 | RESPONSE -- Joseph Marrel - with Brief & exhibits 1&2 and cert. of serv. (emh) |
| 1/27/78 | 5 | RESPONSE -- Plaintiffs-Deneau- w/cert. of service (emh) |
| 1/30/78 | 6 | BRIEF IN SUPPORT OF MOTION TO TRANSFER-- Plaintiffs Berman, et al. w/cert. of service (emh) |
| 1/31/78 | 7 | AMENDMENT TO MOTION -- Movants -- to add A-7 Arthur R. Simmons, et al. v. Royal Little, et al., D. Rhode Island, C.A.No. 78-16 |
| 1/31/78 | 8 | REPLY -- Movants -- w/cert. of service |
| 1/31/78 | 9 | BRIEF IN SUPPORT OF MOTION -- Plaintiff Beidner -- w/cert of service (cds) |
| 2/1/78 | 10 | RESPONSE -- Plaintiff Eurimpex, Anstalt w/cert. of svc. (ea) |
| 2/3/78/ | | HEARING ORDER -- Setting A-1, A-2, A-3, A-4, A-5, A-6 and A-7 for hearing - Feb. 24, 1978 in Miami, Florida (ea) |
| 2/21/78 | | LETTER -- Counsel for Simmons -- Adopting response No. 4 (no service) (emh |
| 2/27/78 | | LETTER -- Counsel for EURIMPEX, ANSTALT plaintiffs and intervenor plaintiff in that action HUSSERL adopting Response No. 4 |
| 4/3/78 | | OPINION AND ORDER -- Transferring actions pursuant to 28 U.S.C. §1407 to the Southern District of New York and assigning them to the Honorable Gerard L. Goettel for coordinated or consolidated pretrial proceedings. (cds) |
| 4/3/78 | | CONSENT OF TRANSFEREE COURT -- Assigning Hon. Gerard L. Goettel of the S.D. New York this litigation pursuant to 28 U.S.C. §1407 |

DOCKET NO. 334 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AMTEL, INC. SECURITIES LITIGATION

Summary of Panel Actions

Date(s) of Hearing(s) 2/24/78

Consolidation Ordered 4/3/78 Consolidation Denied

Opinion and/or Order 4/3/78

Citation 447 F.Supp 466

Transferee District SOUTHERN DISTRICT OF NEW YORK Transferee Judge GERARD L. GOETTEL M-21-24

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Seymour G. Beidner v. Amtel, Inc., et al. | S.D.N.Y. Goettel | 77Civ5640(GLG) | ~~APR 3 1978~~ | | | |
| A-2 | David H. Magid, et al. v. Amtel, Inc., et al. | S.D.N.Y. Pierce | 77Civ5668(LWP) | ~~APR 3 1978~~ | | | |
| A-3 | Richard Deneau, et al. v. Amtel, Inc., et al. | S.D.N.Y. Goettel | 77Civ5718(GLG) | ~~APR 3 1978~~ | | | |
| A-4 | Robert Z. Berman, et al. v. Amtel, Inc., et al. | S.D.N.Y Tenney | 77Civ6218(CHT) | ~~APR 3 1978~~ | | | |
| A-5 | Joseph Marrell v. Royal Little, et al. | R.I. Boyle | 77-0684(FJB) | APR 3 1978 | 78Civ1592 GLG | | |
| A-6 | Eurimpex, Anstalt, et al. v. Royal Little, et al. | R.I. Boyle | 77-0704(FJB) | APR 3 1978 | 78Civ1594 GLG | | |
| A-7 | Arthur R. Simmons et al. v. Royal Little, et al. | D. R.I. Boyle | 78-16 | APR 3 1978 | 78-Civ1593-GLG | | |

July 1979 — 3 TC; 4 XX2 = 7 Avg.
July 1980 = Same
July 1981 — ~~Same~~ 7 Dis'd — Docket Closed

* [illegible] J. Goettel transferred actions to himself pursuant to 28 USC §1404(a)

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 334 -- IN RE AMTEL, INC. SECURITIES LITIGATION

SEYMOUR G. BEIDNER, ET AL. (A-1)
Wolf, Haldenstein, Adler,
Freeman & Herz
270 Madison Avenue
New York, N.Y. 10016

DAVID H. MAGID, ET AL. (A-2)
Leonard I. Schreiber
30 Park Avenue
New York, N.Y. 10016

RICHARD DENEAU, ET A. (A-3)
Gary J. Greenberg, Esquire
Stroock & Stroock & Lavan
61 Broadway
New York, New York 10006

ROBERT A. BERMAN, ET AL. (A-4)
Allan K. Peckel, Esquire
Rabin & Silverman
80 Broad Street
New York, New York 10004

JOSEPH MERRELL, (A-5)
Richard B. Dannenberg, Esquire
Lipper, Lowey, Dannenberg &
Burton L. Knapp
747 Third Avenue
New York, New York 10017

EURIMPEX, ANSTALT (A-6)
Cletus P. Lyman, Esquire
1612 Latimer Street
Philadelphia, Pa. 19103

ROYAL LITTLE
LITTLE & CASLER
Robert B. Block, Esquire
Pomerantz, Levy Haudek & Block
295 Madison Avenue
New York, New York 10017

NARRANGANSETT CAPITAL CORP.
George P. Felleman, Esquire
Paul, Weiss, Rifkind, Wharton
& Garrison
345 Park Avenue
New York, New York 10022

AMTEL, INC.
AMCA INTERNATIONAL CORP.
DOMINION BRIDGE CO., LTD.
KENNETH STUART BARCLAY,
JACK HATCHER
J. ANGUS OGILVY
BRIAN R. B. MAGEE
W. J. STENASON
DALTON D. RUFFIN
HERBERT H. LANK
ROSS EDWIN CHAMBERLAIN
MICHAEL JOSEPH UCCI
FRANCIS JOHN STEVENSON
WILLIAM RAY HOLLAND
CHARLES BENJAMIN ROUSE
ROBERT HENRY ELMAN
ROBERT ARTHUR REID
JAMES HOWARD FROST
FRANK HANCOCK ROLAND
ELDON JOFFEE MCDONALD
BENNY JOE BARBOUR
Bernard W. Nussbaum, Esquire
Wachtell, Lipton, Rosen & Katz
299 Park Avenue
New York, New York 10017

DOCKET NO. 334 -- IN RE AMTEL, INC. SECURITIES LITIGATION

R. J. ARMSTRONG
W. L. FENN, II
G. H. METTLER
R. E. NELSON, JR.
JEROME OTTMAR
R. G. STONE
F. L. TUCKER
P. A. SINGLETON
R. Z. SORENSON, III
DOUGLAS SEARS
Kurt Koegler, Esquire
Skaden, Arps, Slate
Meagher & Flom
919 Third Avenue
New York, New York 10022

APACHE HOLDING CO.
(Unable to determine counsel)

ARTHUR R. SIMMONS (A-7)
Kenneth R. Neal, Esquire
Coffey, McGovern, Noel and Novogroski
15 Westminster Street
Providence, R.I. 02903

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 334 -- IN RE AMTEL, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| AMTEL, INC. ✓ | A-1 A-2 A-3 A-4 |
| ROYAL LITTLE ✓ | A-1 A-2 A-3 A-4 A-5 A-6 |
| NARRAGANSETT CAPITAL CORP. ✓ | A-1 A-5 A-6 |
| R.J. ARMSTRONG | A-2 A-3 |
| W.L. FENN, II | A-2 A-3 |
| G.H. METTLER | A-2 A-3 A-4 A-5 A-6 |
| R.E.NELSON, JR. | A-2 A-3 |
| JEROME OTTTMAR | A-2 A-3 A-4 |
| R.G. STONE | A-2 A-3 |
| F.L. TUCKER | A-2 A-3 |
| P.A. SINGLETON | A-2 A-3 |

| | |
|---|---|
| R.Z. SORENSON, II | A-2 A-3 |
| AMCA INTERNATIONAL CORPORATION ✓ | A-3 A-5 A-6 |
| Dominion Bridge Co., LTD. ✓ | A-3 A-5 A-6 |
| KENNETH STUART BARCLAY ✓ | A-3 A-5 A-6 |
| JACK HATCHER ✓ | A-3 |
| J. ANGUS OGILVY ✓ | A-3 |
| BRIAN R.B. MAGEE ✓ | A-3 |
| ✓ W.J. STENASON | A-3 |
| DALTON D. RUFFIN ✓ | A-3 |
| HERBERT H. LANK ✓ | A-3 |
| ✓ Ross Edwin CHAMBERLAIN | A-3 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 334 -- IN RE AMTEL, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ✓ WILLIAM RAY HOLLAND | A-3 |
| ✓ CHARLES BENJAMIN ROUSE | A-3 |
| ✓ MICHAEL JOSEPH UCCI | A-3 |
| ✓ FRANCIS JOHN STEVENSON | A-3 |
| ✓ ROBERT HENRY ELMAN | A-3 |
| ✓ ROBERT ARTHUR REID | A-3 |
| ✓ JAMES HOWARD FROST | A-3 |
| ✓ FRANK HANCOCK ROLAND | A-3 |
| ELDON JOFFRE McDONALD | A-3 |
| ✓ BENNY JOE BARBOUR | A-3 |
| DOUGLAS SEARS | A-4 |

| | |
|---|---|
| LITTLE & CASLER<br>V | A-5 A-6 |
| APACHE HOLDING CORP. | A-5 A-6 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |